CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              *Plaintiff,*<br>v.<br><br>JAMES EARL DAVIS,<br><br>                              *Defendant,*<br><br>and<br><br>TD AMERITRADE, INC.,<br><br>                              *Garnishee.* | Hon. William J. Martini<br><br>Criminal No. 08-335 |

This matter having been opened to the Court by the United States Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

IT IS on this 13th day of May, 2009

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

HON. WILLIAM J. MARTINI
JUDGE, U.S. DISTRICT COURT